UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

F I L E D
CHARLOTTE, N.C.

FEB 1 7 2009

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:09cr 20 -R |
| | ) | |
| | ) | |
| | ) | **BILL OF INDICTMENT** |
| v. | ) | |
| | ) | Violations: |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| TERRENCE OXNER | ) | |
| | ) | |

THE GRAND JURY CHARGES:

COUNT ONE

On or about January 1, 2008, in Mecklenburg County, within the Western District
of North Carolina,

TERRENCE OXNER

having been previously convicted of a crime punishable by imprisonment for a term exceeding
one year, that is, OXNER was convicted on or about March 28, 2003, in the Superior Court of
Mecklenburg County, North Carolina, of Assault with a Deadly Weapon with Intent to Kill or
Inflict Serious Injury, did knowingly and unlawfully possess a firearm, in and affecting interstate
commerce, that is, a 9 millimeter handgun, in violation of Title 18, United States Code Section
922(g)(1).

A TRUE BILL

GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY

C. NICKS WILLIAMS
ASSISTANT UNITED STATES ATTORNEY